FILED by **MC** D.C.

Nov 30, 2020

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-20244-CR-MOORE/LOUIS

18 U.S.C. § 641
18 U.S.C. § 981(a)(1)(C)

UNITED STATES OF AMERICA

vs.

SYLVIA GOMEZ,

       Defendant.
_____/

### INFORMATION

The United States Attorney charges that:

**Theft of Government Funds**
**(18 U.S.C. § 641)**

From on or about January 31, 2020, through on or about April 17, 2020, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendant,

**SYLVIA GOMEZ,**

did knowingly and willfully embezzle, steal, purloin, and convert to her own use, money of the United States and a department and agency thereof, that is, the United States Postal Service, the aggregate amount of which exceeded $1,000, that is, United States Currency, to which the defendant was not entitled, in violation of Title 18, United States Code, Section 641.

## FORFEITURE
## (18 U.S.C. 981(a)(1)(C))

1. The allegations in this Information are re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America certain property in which the defendant, **SYLVIA GOMEZ,** has an interest.

2. Upon conviction of the violation of Title 18, United States Code, Section 641, alleged in this Information, the defendant shall forfeit to the United States any property, real or personal, which constitutes or is derived from proceeds traceable to such violation, pursuant to Title 18, United States Code, Section 981(a)(1)(C).

3. The property subject to forfeiture includes, but is not limited to, the total amount of the proceeds derived from the charged offense, which amount may be sought as a forfeiture money judgment.

All pursuant to Title 18, United States Code, Section 981(a)(1)(C), as incorporated by Title 28, United States Code, Section 2461(c), and the procedures set forth at Title 21, United States Code, Section 853.

_[signature]_
ARIANA FAJRADO ORSHAN
UNITED STATES ATTORNEY

_[signature]_
DANIEL BERNSTEIN
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

v.

SYLVIA GOMEZ,
    Defendant
_____/

CASE NO._____

### CERTIFICATE OF TRIAL ATTORNEY*

**Superseding Case Information:**

**Court Division:** (Select One)
  ✓  Miami    ___ Key West
  ___ FTL    ___ WPB    ___ FTP

New defendant(s)    Yes ___  No ___
Number of new defendants  _____
Total number of counts  _____

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter: (Yes or No)  No
    List language and/or dialect  _____

4. This case will take __0__ days for the parties to try.

5. Please check appropriate category and type of offense listed below:

    (Check only one)               (Check only one)

  I    0 to 5 days    ✓        Petty    _____
  II    6 to 10 days  _____    Minor    _____
  III  11 to 20 days  _____   Misdem.  _____
  IV  21 to 60 days  _____   Felony   ✓
  V   61 days and over  _____

6. Has this case previously been filed in this District Court?  (Yes or No)  No
   If yes: Judge _____  Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter?  (Yes or No)  No
   If yes: Magistrate Case No. _____
   Related miscellaneous numbers: _____
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of _____
   Rule 20 from the District of _____

   Is this a potential death penalty case? (Yes or No)  No

7. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia O. Valle)?  Yes ___  No ✓

8. Does this case originate from a matter pending in the Northern Region U.S. Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)?  Yes ___  No ✓

                                      _____
                                      Daniel Bernstein
                                      Assistant United States Attorney
                                      Florida Bar No. 17973

*Penalty Sheet(s) attached                                                        REV 8/13/2018

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### PENALTY SHEET

**Defendant's Name:** Sylvia Gomez

**Case No:**

Count #: 1

Theft of Government Funds

Title 18, United States Code, Section 641

**\*Max. Penalty:** 10 Years' Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

AO 455 (Rev. 5/85) Waiver of Indictment

# United States District Court

SOUTHERN **DISTRICT OF** FLORIDA

UNITED STATES OF AMERICA

V.

SYLVIA GOMEZ,
            Defendant.
_____/

## WAIVER OF INDICTMENT

CASE NUMBER:

I, SYLVIA GOMEZ _____ , the above named defendant, who is accused of

Theft of government funds in violation of Title 18, United States Code, Section 641.

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on

_____ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.
    Date

_____
Defendant

_____
Counsel for Defendant

Before _____
            *Judicial Officer*

This form was electronically produced by Elite Federal Forms, Inc.